Filed June 14, 1895.

---

No. 1,436.

HOLMES, SHERIFF, ET AL. *v.* HENDERSON AND COMPANY.

From the Lawrence Circuit Court.

*M. F. Dunn, S. B. Low, J. R. East* and *R. G. Miller,* for appellants. *J. H. Willard, T. J. Brooks* and *M. Howard,* for appellee.

REINHARD, J.—All the questions involved in this case have been determined adversely to the appellee in the case of *Levi* v. *Bray,* 12 Ind. App. 9, recently decided by this court. Upon the authority of that case the judgment is reversed, with directions to the court below to grant a new trial.

Filed April 3, 1895.